In the Matter of NORMAN I. LIDA (Admitted as NORMAN IRWIN LIDA), a Suspended Attorney. [776 NYS2d 462]—Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Sullivan, Ellerin and Gonzalez, JJ.